

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2014

No. 04-13-00319-CV

Albert Ralph **VELASQUEZ**, Associated Transportation Services, LLC, and P5 Management Group,
Appellants

v.

Lisa **RAMIREZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-00229
Honorable Larry Noll, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Motion for Rehearing is GRANTED. The motion for rehearing is due on November 14, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2014.

_____
Keith E. Hottle
Clerk of Court